IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERTHA ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:12-cv-857-MEF |
| v. ) | |
| ) | (WO – Do Not Publish) |
| KOCH FOODS, BOBBY PATLIN, ) | |
| and KRISTEN LEODONES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is hereby ORDERED referred to Magistrate Judge Wallace Capel, Jr. for action or recommendation on all pretrial matters.

DONE this the 31st day of October, 2012.

                                                    /s/ Mark E. Fuller
                                                UNITED STATES DISTRICT JUDGE