IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERTHA ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-cv-857-MEF |
| | ) | |
| KOCH FOODS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. # 25) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. # 25) of the Magistrate Judge is ADOPTED;

2. Defendants' Motions to Dismiss (Docs. # 10, 12 & 14) are GRANTED, and this case is DISMISSED.

DONE this the 15th day of July, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE